AO 450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*               DISTRICT OF    NEVADA

JAMES F. MEEGAN, II,

      Petitioner,                    JUDGMENT IN A CIVIL CASE
V.

                                     CASE NUMBER:  **3:14-cv-00319-MMD-WGC**

ISIDRO BACA, et al.,

      Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice for petitioner's failure to exhaust his available state-court remedies.

  October 16, 2014                                                    **LANCE S. WILSON**
                                                                               Clerk

                                                                       /s/ D. R. Morgan
                                                                        Deputy Clerk